# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY et al. v. WASHINGTON ex rel. YELLOW CAB SERVICE, INC.

No. 76. Argued January 20, 1960.—Decided January 25, 1960.

*Richard P. Donaldson* argued the cause for petitioners. With him on the brief was *Samuel B. Bassett.*

*Kenneth A. Cox* argued the cause for respondent. With him on the brief were *Herbert S. Little* and *Warren R. Slemmons.*

Solicitor General *Rankin,* Stuart *Rothman,* Thomas J. *McDermott,* Dominick L. *Manoli* and *Florian J. Bartosic* filed a brief for the National Labor Relations Board, as *amicus curiae,* in support of petitioners.

PER CURIAM.

The judgment is reversed. *San Diego Building Trades Council* v. *Garmon,* 359 U. S. 236.